UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,         )
                                  )     No. CR-05-180-LRS-6
                Plaintiff,        )
                                  )     ORDER GRANTING UNOPPOSED
v.                                )     MOTION TO MODIFY
                                  )
HEIDI KAE LORHAN,                 )
                                  )
                Defendants.       )
_____    )

    BEFORE THE COURT is Defendant's unopposed Motion to Modify
Conditions of Release (Ct. Rec. 259).  For good cause shown,

    **IT IS ORDERED** the Motion **(Ct. Rec. 259)** is **GRANTED.**
Defendant's conditions of release are **MODIFIED** as follows:

    1.   Defendant shall be allowed work at A+ Institute and have
contact with Co-Defendant Roberta Markishtum.  In addition, she may
have access to computers and to the internet at work only for work-
related purposes.

    DATED December 21, 2006.


            _____S/ CYNTHIA IMBROGNO_____
            UNITED STATES MAGISTRATE JUDGE


ORDER GRANTING UNOPPOSED MOTION TO AMEND - 1